No. 86, Misc. WOODS *v.* CALIFORNIA. District Court of Appeal of California, Fourth Appellate District. Certiorari denied. Petitioner *pro se.* *Edmund G. Brown,* Attorney General of California, *Frank J. Mackin,* Assistant Attorney General, and *William E. James,* Deputy Attorney General, for respondent.

No. 345, Misc. JOHNSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 352, Misc. ESCALANTE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 357, Misc. THOMAS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 369, Misc. MANLEY *v.* NASH, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 379, Misc. MAGNUS, ADMINISTRATOR, *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for the United States.

No. 384, Misc. FERENZ *v.* FOLSOM, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 3d Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Doub* and *Melvin Richter* for respondent.